# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL PEREZ TORO and JAMIE LEE,<br>     Plaintiffs,<br><br>          v.<br><br>VANDERHALL MOTOR WORKS, INC., et al.,<br>     Defendants. | CV 22-3430 DSF (JCx)<br><br>ORDER DENYING MOTION TO REMAND ACTION (Dkt. 17)[1] |

    For the reasons stated in the Opposition, dkt. 19, the motion is DENIED.

    IT IS SO ORDERED.

Date: August 8, 2022

                                                                   Dale S. Fischer
                                                                   United States District Judge

---

[1] The Court deems this matter appropriate for decisions without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.